## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRACE MARVEL, Individually and as Executrix for the Estate of David Marvel, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| DELAWARE COUNTY, WALTER R. OMLOR, JR. and PAUL M. MICUN, | : : : : | NO. 07-5054 |
| Defendants. | : : | |

## ORDER

**AND NOW**, this 2nd day of *June,* 2009, upon consideration of the Motion of Defendants Delaware County, Walter R. Omlor, Jr., and Paul Micun for Summary Judgment (Docket No. 24), the Response of Plaintiff Grace Marvel, individually and as executrix for the Estate of David Marvel (Docket No. 46), Defendants' Reply Brief (Docket No. 49), and Plaintiff's Sur-reply Brief (Docket No. 50), and upon hearing the oral argument presented by the parties on May 20, 2009, it is hereby **ORDERED** that the Motion is **GRANTED**.

**JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff.

This case is **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.